# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOA THI LE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | NO. SA CV 06-0681 FMO<br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Eleven-Thousand, Three-Hundred and Seventy dollars and fifty cents ($11,370.50). In light of the previous payment of EAJA fees, Jimmy O. Ewenike shall reimburse plaintiff the amount of Six-Thousand, Seven-Hundred, Twenty-Five dollars and twenty-five cents ($6,725.25).

Dated this 19th day of June, 2008.

                                                              /s/
                                            Fernando M. Olguin
                                      United States Magistrate Judge